UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
PRO PUBLICA, INC.,                                           :
                  Plaintiff,                :
:     20 Civ. 4092 (LGS)
        -against-                                    :
:     ORDER
UNITED STATES DEPARTMENT OF            :
HEALTH & HUMAN SERVICES,                    :
                 Defendant.          X
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for August 13, 2020;

WHEREAS, no significant issues were raised in the parties' joint letter. It is hereby

**ORDERED** that the August 13, 2020, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. It is further

**ORDERED** that the parties shall file a joint letter by **August 21, 2020**, providing a proposed schedule for the production and processing of documents, and, if necessary, summary judgment briefs.

Dated: August 10, 2020
       New York, New York

                                            LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE