UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
PRO PUBLICA, INC.,             :
                 Plaintiff,    :
                                          :
          -against-         :   20 Civ. 4092 (LGS)
                                          :
                                          :   <u>ORDER</u>
UNITED STATES DEPARTMENT OF HEALTH :
& HUMAN SERVICES,              :
                 Defendant.    :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, by joint letter at Dkt. No. 20, the parties advised that they could not agree on a schedule for the processing and production of non-exempt documents responsive to Plaintiff's Freedom of Information Act ("FOIA") requests, and that the parties were not in a position to determine whether summary judgment briefing would be necessary;

    WHEREAS, per the Order at Dkt. No. 21, the parties filed letters requesting the Court set a production schedule for Defendant's production of non-exempt documents responsive to the FOIA requests. (Dkt. Nos. 22 and 23). Upon review of the parties' submissions, it is hereby

    **ORDERED** that Defendant shall process and produce responsive non-exempt documents at a rate of at least 1,000 pages per month. Any disputes with respect to the processing or production of records under this Order shall be governed by Individual Rule II.B.2, concerning discovery disputes. It is further

    **ORDERED** that the parties shall file a joint status letter on the progress of the FOIA productions by **September 30, 2020**, and every 30 days thereafter.

Dated: September 11, 2020
       New York, New York

                                                  LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE