

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 17, 2022

BY ECF
The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *Pro Publica, Inc. v. U.S. Dept. of Health & Human Servs.*, 20 Civ. 4092 (LGS)

Dear Judge Schofield:

  I write respectfully on behalf of both parties in the above-referenced FOIA matter to request that the Court extend its August 24, 2022, Order (Dkt. No. 50) staying its September 11, 2020, Order regarding document processing, for a period of forty-five days, from October 17, 2022, to December 1, 2022, to permit the parties to continue to explore settlement.

  On September 11, 2020, the Court ordered defendant the United States Department of Health & Human Services ("HHS") to "process and produce responsive non-exempt documents at a rate of at least 1,000 pages per month."  Dkt. No. 24.  Accordingly, HHS has been processing and producing such documents each month and has completed twenty-four productions.  Thereafter, the parties began conferring about ways to potentially resolve this matter without further Court intervention, and on August 24, 2022, the Court granted the parties' joint application to stay production. (Dkt. No. 50.)  The parties have been diligently pursing settlement discussions since that date.  In order to permit the parties time to continue to explore and finalize potential settlement parameters, and to conserve party and Court resources, the parties respectfully request that the Court's August 24, 2022, Order be extended for a period of forty-five days, to December 1, 2022, on which date the parties will provide a status update.

  We thank the Court for its consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By: */s/ Ellen Blain*
   ELLEN BLAIN
   Assistant United States Attorney
   86 Chambers Street, 3rd Floor
   New York, NY 10007
   Tel: (212) 637-2743
   Email:  ellen.blain@usdoj.gov

Application GRANTED.  Production shall remain STAYED, and HHS will resume production at the prior pace of at least 1,000 pages per month in January 2023.  The parties shall file a joint status letter on **December 1, 2023**.

Dated: October 18, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

cc: Paul Safier, Esq.
*Counsel for Plaintiff*