UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
PRO PUBLICA, INC.,

         Plaintiff,      20 Civ. 4092 (LGS)

    -against-           ORDER

U.S. DEPARTMENT OF HEALTH & HUMAN
SERVICES,

         Defendant.
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

  The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made by June 9, 2023. Any application to reopen filed after June 9, 2023, may be denied solely on that basis. Any pending motions are DENIED as moot, and all conferences are CANCELED.

Dated: May 22, 2023
    New York, New York

                      LORNA G. SCHOFIELD
                     UNITED STATES DISTRICT JUDGE